**Rogaciano G. MENDOZA, Plaintiff—Appellant,**

v.

**Sgt BUCHER, Defendant—Appellee.**

No. 01–35304.

D.C. No. CV–99–02084–MJP.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 15, 2001.*

Decided Oct. 24, 2001.

---

* Because this panel unanimously finds this

Before REINHARDT, GRABER, and BERZON, Circuit Judges.

## MEMORANDUM **

Rogaciano G. Mendoza, a Washington state prisoner, appeals pro se the district court's summary judgment in favor of the defendant in his 42 U.S.C. § 1983 action alleging that he suffered bruises and abrasions when he fell from an upper bunk because his requests for a lower bunk and assignment to a non-smoking cell were denied in violation of the Eighth Amendment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's summary judgment, *Kohler v. Inter–Tel Techs.*, 244 F.3d 1167, 1171 (9th Cir.2001), and we affirm.

Summary judgment was proper because Mendoza failed to raise a genuine issue of material fact as to whether his injury was sufficiently serious to implicate the Eighth Amendment. *See Farmer v. Brennan*, 511 U.S. 825, 834, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994).

Mendoza also failed to raise a genuine issue of material fact as to whether he was exposed to unreasonably high levels of environmental tobacco smoke that posed an unreasonable risk of harm to his future health. *See Helling v. McKinney*, 509 U.S. 25, 35–36, 113 S.Ct. 2475, 125 L.Ed.2d 22 (1993).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

